# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DISTRICT

| | |
|---|---|
| BEVERLY WATSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> C. R. BARD, INC. and BARD ) <br> ACCESS SYSTEMS, INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 2:17-cv-00210-MHH |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Come now the parties to the above-styled action, through counsel, and move the Court to continue the Scheduling Conference set on Monday, April 9, 2018 at 2:30 p.m. As grounds, the parties show as follows:

1. On October 18, 2017, the parties met with the Court and agreed to get certain fact discovery initiated in time to be completed in advance of a January 25, 2018 follow-up Scheduling Conference.

2. On January 17, 2018, the parties requested and were granted an additional sixty (60) days to complete record gathering and initial discovery.

3. Although the parties have been cooperating diligently to get the discovery accomplished, the work of obtaining medical records and other records from third parties has not yet been completed, and the parties agree that those records are

necessary for the depositions of the plaintiff and her treating physicians to be efficiently completed.

4.   The parties agree that more time is needed to obtain discovery to ensure that a case management conference is productive.

5.   Also, the parties are engaged in settlement discussions, and additional time should be sufficient for the parties to determine if early resolution of the matter will be possible.

6.   Therefore, the parties request that they be given an additional thirty (30) days to complete record gathering and initial discovery, and that a follow-up scheduling conference be set on or after May 9, 2018.

Respectfully submitted, this 2nd day of April, 2018.

*Attorneys for Plaintiff*

/s/ Jon Mann
Jon Mann
AL Bar No.: ASB-1083-A36M
jonm@pittmandutton.com
Tom Dutton
AL Bar No.: ASB-2059-U50T
tomd@pittmandutton.com
PITTMAN, DUTTON
   & HELLUMS, P.C.
2001 Park Place North Suite 1100
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 328-2711

/s/Troy A. Brenes
Troy A. Brenes
CA Bar No. 249776
BRENES LAW GROUP, P.C.
16A Journey
Suite 200
Aliso Viejo, California 92656
Tel: (949) 397-9360
Fax: (949) 607-4192
tbrenes@breneslawgroup.com


*Attorneys for C.R. Bard, Inc., and Bard Access Systems, Inc.:*

/s/ *Melanie M. Atha*
Melanie M. Atha
AL Bar No. ASB-7938-B34M
CABANISS, JOHNSTON, GARDNER,
   DUMAS & O'NEAL LLP
P. O. Box 830612
Birmingham, AL  35283-0612
TEL: (205) 716-5200
FAX: (205) 716-5389
mma@cabaniss.com

/s/  *Zane Riester*
DAVID J. COONER
NJ Bar No. 0304611989
ZANE C. RIESTER
NJ Bar No. 023942003
NY Bar No. 4262366
JEAN P. PATTERSON
NJ Bar No. 14582011
NY Bar No. 5058821
MCCARTER & ENGLISH, LLP
100 Mulberry Street
Newark, New Jersey 07102
TEL: (973) 639-6971
FAX: (973) 624-7070