# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DISTRICT

| | |
|---|---|
| BEVERLY WATSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> C. R. BARD, INC. and BARD ) <br> ACCESS SYSTEMS, INC., ) <br> ) <br> Defendants. ) <br> ) <br> ) | CIVIL ACTION <br> No. 2:17-cv-00210-MHH |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Beverly Watson, by counsel, and Defendants, C. R. Bard, Inc. and Bard Access Systems, Inc., stipulate that all of the plaintiff's claims in this matter against the defendants are due to be dismissed with prejudice, costs taxed as paid.

Respectfully submitted, this 25th day of October, 2018.

*Attorneys for Plaintiff*

/s/ Jon Mann
Jon Mann
AL Bar No.: ASB-1083-A36M
jonm@pittmandutton.com
Tom Dutton
AL Bar No.: ASB-2059-U50T
tomd@pittmandutton.com
PITTMAN, DUTTON
   & HELLUMS, P.C.
2001 Park Place North Suite 1100
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 328-2711

/s/Troy A. Brenes
Troy A. Brenes
CA Bar No. 249776
BRENES LAW GROUP, P.C.
16A Journey
Suite 200
Aliso Viejo, California 92656
Tel: (949) 397-9360
Fax: (949) 607-4192
tbrenes@breneslawgroup.com


*Attorneys for C.R. Bard, Inc., and Bard Access Systems, Inc.:*

/s/ *Melanie M. Atha*
Melanie M. Atha
AL Bar No. ASB-7938-B34M
CABANISS, JOHNSTON, GARDNER,
   DUMAS & O'NEAL LLP
P. O. Box 830612
Birmingham, AL  35283-0612
TEL: (205) 716-5200
FAX: (205) 716-5389
mma@cabaniss.com

/s/  *David J. Cooner*
DAVID J. COONER
NJ Bar No. 0304611989
JEAN P. PATTERSON
NJ Bar No. 14582011
NY Bar No. 5058821
MCCARTER & ENGLISH, LLP
100 Mulberry Street
Newark, New Jersey 07102
TEL: (973) 639-6971
FAX: (973) 624-7070

2